# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Allison Lanette Quarles } | **Case No: 19-71786-JHH13** |
| SSN: XXX-XX-1400 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER GRANTING MOTION TO DISMISS

This matter came before the Court on Thursday, November 04, 2021 09:00 AM, for a hearing on the following:

RE: Doc #48; Trustee's Motion to Dismiss Case or, in the Alternative, Motion to Modify

Proper notice of the hearing was given and appearances were made by the following:

Eric M Wilson, attorney for Allison Lanette Quarles (Debtor)
Josh Johnson, Staff Attorney for Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings, evidence, and all other matters before the court, and for the reasons stated on the record of the hearing, the chapter 13 trustee's motion to dismiss this case (Doc. 48) is GRANTED, and the case is DISMISSED.

Dated: 11/04/2021

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge